ALBANY,
Oct. 1832.

The People
v.
Gumaer.

## THE PEOPLE vs. GUMAER.

A check on a bank, charged in an indictment for forgery to be *addressed to the cashier* thereof, is correctly described where the check is in the form of a letter addressed on the back thereof *to the cashier*, although in the inside of the letter there be no direction whatever.

CERTIORARI to Onondaga oyer and terminer. The prisoner was indicted for *forging* a check upon the Onondaga County Bank for $500, in the name of Oliver Teal. The indictment charged him with making "a certain instrument in writing, purporting to be the order of Oliver Teal, and *addressed to the cashier of the Onondaga County Bank*, and by which it was purported that the said Oliver Teal requested the said cashier to let the bearer, Mr. Cook, have five hundred dollars." The check is then set forth in *hæc verba ;* and it is then averred : " which said order so forged, &c. the said Jacob then and there caused to be done up in the form of a letter, upon the outside of which letter the said Jacob then and there caused to be written, and did then and there make a certain direction or address in the words following, to wit, ' Cashier of the Onondaga County Bank,' with intent to injure," &c. On the trial, it was proved that the check was a forgery, and that it was presented at the bank by Cook, the payee, by the direction of the prisoner. When presented, it was in the form of a letter sealed up, with the words, " Cashier of the Onondaga County Bank" endorsed upon it. In the inside of the sheet, on which was this direction, was the check written in the form set forth in the indictment, without any direction to any person whomsoever. The counsel for the prisoner insisted that there was a variance between the indictment and the proof in this : that in the indictment it was charged that the order was *addressed to the cashier of the Onondaga County Bank*, whereas the order produced in evidence was not addressed to him or to any other person. The oyer and terminer decided that there was no variance, and the prisoner was convicted. The indictment was removed into this court by *certiorari*, and THE COURT confirmed the decision of the oyer and terminer.